UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
LAMONT B. SIMMONS
MELISSA R. SIMMONS
on Behalf of Themselves and All Others
Similarly Situated
      Plaintiffs,               **RULE 7.1 STATEMENT**

vs.

ROUNDUP FUNDING, LLC           **08 CIV. 6263**
MALEN & ASSOCIATES, P.C.
      Defendants.
----------------------------------------x

**JUDGE ROBINSON**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for LAMONT B. SIMMONS and MELISSA R. SIMMONS (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:
N/A

DATED: July 8, 2008
       Spring Valley, NY                /s/ _____

Shmuel Klein (SK 7212) Fed Court Only
Law Office of Shmuel Klein, PC
Attorney for Plaintiffs
268 ROUTE 59
Spring Valley, NY   10977
(845) 425-2510