IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMONT B. SIMMONS,<br>MELISSA R. SIMMONS,<br>on behalf of themselves and all<br>others similarly situated,<br>                   Plaintiffs,<br><br>vs.<br><br>Roundup Funding, LLC,<br>Malen & Associates, p.c.<br><br>                  Defendants. | )   CASE NO. 08-6263 SCR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2008, a copy of Defendant's Notice of Motion to Dismiss, Supporting Memorandum of Law and Affidavit of Paul W. Mahler was served and filed electronically in accordance with the Court's Electronic Filing Guidelines. Service was also completed by depositing same with US Postal Service in a pre-paid envelope addressed to Shmuel Klein, Esq. 268 Route 59, Spring Valley, NY 10977 and to Roundup Funding LLC., MS 550, PO Box 91121, Seattle, Washington 98111.

                                                       /s/Paul W. Mahler
                                                       Paul W. Mahler (pm4186)