# MALEN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

----

123 FROST STREET · WESTBURY, NY · 11590
516/334-3500 · FAX 516/479-5999

PAUL W. MAHLER
SUPERVISING ATTORNEY
DIRECT: 516/479-5951

August 26, 2008

Honorable Stephen C. Robinson
United States District Court
for the Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601

Re:      Simmons v. Malen & Associates, p.c., et. al.
Case No.:    08-6263

Dear Judge Robinson:

      I am the attorney for the Defendant, Malen & Associates, p.c.. I am writing to advise the Court of the proposed briefing schedule for Defendant, Malen & Associates, p.c.'s Motion to Dismiss the Complaint. I anticipate filing the motion today. The parties have agreed, subject to the Court's approval, that Plaintiff's opposition be served and filed on or before September 17, 2008 and Defendant's reply will be served on or before October 8, 2008.

      If there is any further information that you may require, please do not hesitate to contact me at your earliest convenience.

Very truly yours,
Malen & Associates, p.c.

By: _____
   Paul W. Mahler

Cc: Shmuel Klein, Esq.

APPLICATION GRANTED

_____
HON. STEPHEN C. ROBINSON
8/29/08